[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-13345

_____

D.C. Docket No. 6:11-cv-00137-ACC-DAB


INDYNE, INC.,

Plaintiff - Appellant,

versus

ABACUS TECHNOLOGY CORPORATION,
JERRY RENINGER,
MATTHEW BOYLAN,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 20, 2013)

Before CARNES, HULL, and FAY, Circuit Judges.

PER CURIAM:

InDyne, Inc. appeals the district court's grant of summary judgment in favor

of Abacus Technology Corporation, Jerry Reninger, and Matthew Boylan on the

copyright infringement claim brought by InDyne.  InDyne contends that the district court erred when it concluded that InDyne failed to present sufficient evidence of the copyrighted material.  Having carefully considered the record and the parties' briefs and having heard oral argument, we **AFFIRM** on the basis of the thorough and well-reasoned opinion of the district court, InDyne, Inc. v. Abacus Tech. Corp., 876 F. Supp. 2d 1278 (M.D. Fla. 2012).